**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jerry Gross, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17-cv-03214 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Joan B. Gottschall |
| People's Gas and Coke Company, et. al, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff, JERRY GROSS, and Defendant, The Peoples Gas Light and Coke Company, (collectively "the Parties"), by and through their respective attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Agreement between them, hereby agree to dismiss this case with prejudice, with each party to bear its own attorneys' fees and costs. The Parties respectfully request that the Court enter an order dismissing this case in its entirety, with prejudice.

**STIPULATED AND AGREED TO:**

Date: March 27, 2023

| | |
|---|---|
| */s/ Chiquita Hall-Jackson* | */s/Maurice Grant* |
| Attorney for Plaintiff | Attorneys for Defendant |
| JERRY GROSS | THE PEOPLES GAS LIGHT AND COKE COMPANY |
| Chiquita Hall-Jackson | Maurice Grant (mgrant@grantlawllc.com) |
| | Senija Grebovic (sgrebovic@grantlawllc.com) |
| **HALL-JACKSON & ASSOCIATES P.C.** | **GRANT LAW, LLC** |
| 180 W. Washington Street., Suite 820 | 230 West Monroe, Suite 240 |
| Chicago, IL 60602 | Chicago, IL 60606 |
| Telephone: 312-255-7105 | Telephone: 312-551-0111 |
| chj@hall-jacksonandassociates.com | |